# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **GERALD WILKS,** | § | |
| | § | |
| *Plaintiff,* | § | |
| **v.** | § | EP-21-CV-00075-DCG |
| | § | |
| **RICHARD MCDONOUGH,** *Secretary,* | § | |
| *U.S. Department of Veteran Affairs,* | § | |
| | § | |
| *Defendant.* | § | |

## FINAL JUDGMENT

In accordance with the "Memorandum Order" (ECF No. 11) issued on this date, the Court hereby enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of this action in its entirety.  There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

**IT IS ORDERED** that Plaintiff Gerald Wilks's "Amended Complaint" (ECF No. 9) is **DISMISSED WITHOUT PREJUDICE;**

**IT IS FURTHER ORDERED** that each side shall bear its own attorney's fees and costs.

**IT IS MOREOVER ORDERED** that all pending motions, if any, are **DENIED** as **MOOT**.

**IT IS FINALLY ORDERED** the Clerk of the Court **SHALL CLOSE** this case.

**So ORDERED and SIGNED this** 5 **day of August 2021.**

**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**